**Order entered February 26, 2020**



In the

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00939-CR

### OSCAR VLADIMIR HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-24510-J**

### ORDER

Before the Court is court reporter Kimberly Xavier's February 18, 2020 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed as of February 25, 2020.

Appellant's brief is due March 27, 2020.

/s/    CORY L. CARLYLE
        JUSTICE